# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MARCIAL M. SANCHEZ,**<br><br>**Defendants.** | Docket No.: 18-cv-15648<br><br>**ORDER / JUDGMENT** |

### WILLIAM J. MARTINI, U.S.D.J.:

This matter comes before the Court on Plaintiff J & J Sports Productions, Inc.'s ("Plaintiff's") motion for default judgment. ECF No. 9.

For the reasons set forth in the accompanying opinion, **IT IS** on this 2nd day of July 2019, **ORDERED** and **ADJUDGED** as follows:

- Plaintiff's motion for default judgment, ECF No. 9, is **GRANTED**; and
- Final judgment is **ENTERED** in favor of Plaintiff and against Defendant Marcial M. Sanchez in the total amount of $6,000, comprised of:
    - $4,000 in statutory damages; and
    - $2,000 in enhanced statutory damages.

*/S/ William J. Martini*
**WILLIAM J. MARTINI, U.S.D.J.**